**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JESSICA MOOREHEAD,

    Plaintiff,

v.                                                        Case No. 10-10333

COUNTY OF LENAWEE, et al.,

    Defendants.

_____/

**ORDER DENYING EXTENSION**

On June 2, 2010, the court received an unexplained stipulation to extend the scheduling order dates by 45 days. The court's scheduling order states, "Extensions of court-supervised discovery are not ordinarily granted in the absence of unusual circumstances. Although unsupervised discovery is sometimes agreed to among counsel, court deadlines are not changed based upon mere agreement." (3/24/10 Order at 2.) Accordingly,

IT IS ORDERED that the parties' request for an extension is DENIED.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: June 8, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 8, 2010, by electronic and/or ordinary mail.

                                        s/Deborah J. Goltz for Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522